# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**MICHAEL A. McLEAN**
SUPERVISING U.S. PROBATION OFFICER

**JOHN A. SKORUPA**
SUPERVISING U.S. PROBATION OFFICER

January 29, 2008

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ 08608
(609) 989-2071
FAX: (609) 989-2367
www.njp.uscourts.gov

Honorable Stanley R. Chesler
United States District Court Judge
United States Post Office and Courthouse
4th Floor, P.O. Box 999
Newark, New Jersey 07101-0999

        **RE: BEST, Wren**
        Dkt. No.: 05-00027-001
        <u>Request for Modification of Conditions</u>

Dear Judge Chesler,

The above named offender was sentenced by Your Honor to 18 months imprisonment to be followed by three years supervised release for his conviction of Conspiracy to Commit Identity Theft. Special conditions for this offender included drug treatment, full financial disclosure, no new lines of credit, restitution in the amount of $70,000, and an assessment of $100.

Supervision of this offender commenced on June 15, 2007 in the Eastern District of New York due to the location of his residence. On December 12, 2007, the probation office conducted an analysis of the offender's finances and is proposing a monthly payment plan in the amount of $100 per month toward this restitution obligation.

The probation officer in the Eastern District of New York is also advising the Court of the offender's noncompliance with drug use. Following several positive drug screens for marijuana, the offender is now enrolled in the office's Random Urine Testing (RUT) Program and is in the process of being enrolled into an outpatient drug treatment program. It is respectfully requested that no court action be taken at this time for this noncompliance, but the Court will be kept informed of the offender's progress with this issue.

A Waiver of Hearing to Modify Conditions of Supervised Release has been signed by the offender for the proposed payment schedule.

We remain available to discuss this issue with Your Honor.

Honorable Stanley R. Chesler
Page 2
January 29, 2008

        Very truly yours,

        CHRISTOPHER MALONEY, Chief
        U.S. Probation Officer

        By: Shawn Marie Leakan
        United States Probation Officer

SML/sml

PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: BEST, Wren                                    Cr.: 05-00027-001

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler, United States District Court Judge

Date of Original Sentence: 01/23/06

Original Offense: Conspiracy to Commit Identity Theft

Original Sentence: 18 months custody, 3 years supervised release with the following special conditions: Drug Treatment, Full Financial Disclosure, No New Lines of Credit, $70,000 Restitution

Type of Supervision: Supervised Release                Date Supervision Commenced: 06/15/07

### PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall make monthly restitution payments in the amount of $100.

### CAUSE

A review of the offender's financial documents indicates the offender can afford a $100 monthly payment towards his restitution obligation, which is the equivalent to approximately 10% of the offender's gross monthly income.

Respectfully submitted,

By: Shawn Marie Leakan
U.S. Probation Officer
Date: 01/29/08

THE COURT ORDERS:

[ X ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date

PROB 49
(NYEP-8/1/07)

# United States District Court

## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and the assistance of counsel before any unfavorable change(s) may be made in my conditions of Probation and/or Supervised Release or before my period of supervision can be extended. By assistance of counsel, " I understand that I have the right to be represented at a hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request that the Court appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel. "

I hereby voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also hereby agree to the following modification (s) of my conditions of Probation and/or Supervised Release or to the proposed extension of my term of supervision:

The defendant shall make monthly restitution payments in the amount of $100.

Witness: _____        Signed: _____
U.S. Probation Officer                           Probationer or Supervised Releasee

12/12/07
Date